ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | No. 4:12- MJ- 288 |
| § § | |
| DAX EVAN PICKETT § | |

## CRIMINAL COMPLAINT

*Possession of a Controlled Substance with Intent to Distribute*

Beginning on or before July 13, 2012, and continuing until on or about July 20, 2012, in the Fort Worth Division of the Northern District of Texas, the defendant, **Dax Evan PICKETT**, along with others known and unknown to the complainant, did knowingly and intentionally combine, conspire, confederate, and agree to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), and 846.

I, Cyrus Crum am employed as a detective with the Parker County Sheriff's Office. I am currently assigned to the Fort Worth Resident Office, FWRO, of the Drug Enforcement Administration, DEA, as a Task Force Officer, TFO. This affidavit is based on my experience and my personal knowledge of this investigation as well as reports by officers of the Arlington Police Department, and being duly sworn, I state the following is true and correct to the best of my knowledge and belief:

1. On July 13, 2012, officers from the Arlington Police Department arrested an individual, hereinafter referred to as a Cooperating Defendant (CD), in possession of approximately 16 ounces of methamphetamine. In subsequent interviews, the CD stated that he had received the methamphetamine from Dax PICKETT.

2. On July 20, 2012, at the direction of DEA agents/officers, the CD made multiple recorded telephone calls to Dax PICKETT. The CD was calling Dax PICKETT on Dax PICKETT's cellular telephone, number 469-999-5125. During these conversations, Dax PICKETT agreed to sell the CD approximately one pound of methamphetamine. Specifically, Dax PICKETT stated that he was already scheduled to receive one pound of

Criminal Complaint – Page 1

methamphetamine from his source of supply for another customer and that he would also attempt to pick up an additional one pound of methamphetamine for the CD.

3. On July 20, 2012, at approximately 8:20 p.m., DEA agents/officers located Dax PICKETT leaving an apartment in Arlington, Texas, and arrested him. During a subsequent search of Dax PICKETT, DEA SA Finney located two cellular telephones, one of which was utilizing telephone number 469-999-5125. At that time, SA Finney checked the contacts in the telephone and observed that Dax PICKETT had two telephone numbers saved in the contact section, the first saved under the name of "xxxxxxxx" and the second saved under the name of "xxxxxxxxx2". Agents and Officers believe that both of these telephone numbers are associated with the CD. SA Finney then checked the call log of the telephone and observed multiple telephone calls occurring on July 20, 2012, between Dax PICKETT's cellular telephone and the cellular telephone utilized by the CD to make the recorded calls to Dax PICKETT on that date. A further check of the call log revealed one phone call between Dax PICKETT's cell phone and the CD's cell phone at 11:17 a.m., on July 13, 2012, the date that the CD was arrested by the Arlington Police Department in possession of one pound of methamphetamine.

4. After taking Dax PICKETT into custody, Agents and Officers traveled to an apartment that Dax PICKETT and his girlfriend both occupied. Dax PICKETT's girlfriend gave Agents and Officers consent to search the apartment. During the search, Agents and Officers located and seized a user amount of methamphetamine.

5. Although I have not listed all the facts regarding this seizure of methamphetamine, I believe that the facts stated here establish probable cause that the defendant has committed a violation of 21 U.S.C. § 846, Conspiracy to possess a controlled substance with the intent to distribute.

Cyrus Crum
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 1:58 am/pm, this 23rd day of July, 2012.

JEFEREY L. CURETON
United States Magistrate Judge

Complaint – Page 2